```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
                 FORT PIERCE DIVISION
            CASE NO. 07-14061-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

LEONARD ADDISON PARKS,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on October 24, 2007. A Report and Recommendation filed on October 30, 2007 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count Three of the Superseding Indictment.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 3rd day of December, 2007.

                                              _____
                                              DONALD L. GRAHAM
                                              UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
       Corey Steinberg, AUSA
       Randee Golder, Esq.